## The People of the State of Illinois ex rel. Victoria Zajac, Appellee, v. Anthony Ostrowski, Appellant.

### Gen. No. 23,061. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Bastardy proceedings by the People of the State of Illinois on the relation of Victoria Zajac, plaintiff, against Anthony Ostrowski, defendant. From a judgment against him, defendant appeals.

ARNOLD M. EHRLICH and THOMAS E. SWANSON, for appellant.

MACLAY HOYNE, for appellee; JOHN F. CASHEN, JR., of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—*when abstract is insufficient.* An abstract in bastardy proceedings which was silent as to what proceedings were brought against defendant and as to what verdict

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

or judgment was entered against him, and was otherwise a mere index of the proceedings, *held* insufficient.

2. APPEAL AND ERROR, § 1752*—*when judgment affirmed.* The judgment of the trial court in bastardy proceedings should be affirmed where the appellant files an insufficient abstract.

3. BASTARDS, § 22*—*when evidence supports inference that relatrix was unmarried.* In bastardy proceedings, evidence *held* sufficient to warrant an inference that relatrix was in fact an unmarried woman at the time of her relations with the defendant.